UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. CHANDLER, | ) Case No. EDCV 08-0157-ODW(RC) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| F. GONZALES, WARDEN (A), | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: December 16, 2008

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

R&Rs\08-0157.jud
9/22/08